IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL A/s/o Catalog Resources, Inc. d/b/a ClientLogic A subsidiary of ClientLogic Operation Corporation<br><br>and<br><br>THE HARTFORD a/s/o Vivre, Inc.<br><br>    Plaintiffs,<br><br>    v.<br><br>EAST COAST ERECTORS, INC., LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC.<br><br>    Defendants. | Civil Action No. 05-96 JJF<br><br>JURY OF TWELVE DEMANDED |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 11th day of March 2005, two true and correct copies of Defendant East Coast Erectors, Inc.'s Interrogatories and Request for Production directed to Plaintiff, Factory Mutual Insurance Company, a/k/a FM Global a/s/o Catalog Resources, Inc. d/b/a ClientLogic, a subsidiary of ClientLogic Operating Corporation and Defendant East Coast Erectors, Inc.'s Interrogatories and Request for Production directed to Plaintiff The Hartford a/s/o Vivre, Inc. were served upon the following counsel via First Class Mail:

| | |
|---|---|
| Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 | Geoffrey W. Veith, Esquire<br>Hecker Brown Sherry & Johnson LLP<br>1700 Two Logan Square, 17th Floor<br>18th and Arch Streets<br>Philadelphia, PA 19103 |

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com


Robert B. Hill, Admitted Pro Hac Vice
MCLAIN & MERRITT, P.C.
3445 Peachtree Road N.E., Suite 500
Atlanta, GA 30326

*Attorneys for Defendant East Coast Erectors, Inc.*

Dated: March 24, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2005, I electronically filed the within Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

      Bruce W. McCullough, Esquire
      McCullough & McKenty
      824 Market Street, 4th Floor
      P.O. Box 397
      Wilmington, DE 19899-0397

      I hereby certify that on March 24, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

      Geoffrey W. Veith, Esquire
      Hecker Brown Sherry & Johnson LLP
      1700 Two Logan Square, 17th Floor
      18th and Arch Streets
      Philadelphia, PA 19103

      WETZEL & ASSOCIATES, P.A.
      /s/ Natalie M. Ippolito
      Natalie M. Ippolito (I.D. No. 3845)
      The Carriage House, Suite 201
      1100 N. Grant Avenue
      Wilmington, DE 19805
      (302) 652-1200
      nippolito@wetzellaw.com