# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

May 5, 2005

Bruce W. McCullough, Esquire
McCullough & McKenty, P.A.
P. O. Box 397
Wilmington, DE 19899

Natalie Marie Ippolito, Esquire
Wetzel & Associates, P.A.
1100 North Grant Avenue, Suite 201
Wilmington, DE 19805

RE: Factory Mutual Ins. Co., et al. v. East Coast Erectors, Inc., et al.
Civil Action No. 05-096 JJF

Dear Counsel:

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Monday, May 23, 2005**. If, as of the date of this letter, the Defendant(s) has not yet entered an appearance and/or answered or otherwise pled, it shall be the responsibility of counsel for the Plaintiff to notify the Defendant(s) of this request.

Enclosed is a sample form of Order which should serve as a basis for your discussions. The Court schedules jury trials to commence within sixteen (16) months from the date of filing. If there is no demand for a jury trial or if the parties waive trial by jury, trial can be scheduled within four (4) to nine (9) months from the date the case was filed. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial.

If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk
Enclosure
cc: Clerk, U.S. District Court