Format for Pro Hac Vice Motion (Rev. 1/05)      H:\FILES\SUBRO\Factory Mutual\Motion for Admission Pro Hac Vice.wpd

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL, *et al.*, | )<br>)    Civil Action No. 05-96<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| EAST COAST ERECTORS, INC., *et al.*, | )<br>) |
| Defendants. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of <u>Geoffrey W. Veith</u> to represent <u>Plaintiffs</u> in this matter.

Signed: _____

Bruce W. McCullough (Del. Atty No. 3112)
1225 N. King Street, Suite 1100, P.O. Box 397
Wilmington, DE 19899-0397
Phone: 302-655-6749

Attorney for: Plaintiffs

Date: 5/23/05

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ■ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 5/23/05

Geoffrey W. Veith
Rogut McCarthy Troy LLC
One First Avenue - Suite 410
Conshohocken, PA 19428
Phone: (610) 644-5900
Fax: (610) 834-9499
Email: gwv@rmtllc.com