H:\FILES\SUBRO\Factory Mutual\COS - Motion for Admission.wpd

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE** | ) | |
| **COMPANY, a/k/a FM GLOBAL,** *et al.*, | ) | **Civil Action No. 05-96** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EAST COAST ERECTORS, INC.,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### CERTIFICATE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on this date a copy of the foregoing Motion and Order for Admission Pro Hac Vice was served via CM/ECF electronic mail on the following:

Natalie M. Ippolito (I.D. No. 3845)
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
nippolito@wetzellaw.com

       /s/ Bruce W. McCullough
       Bruce W. McCullough

Dated: May 23, 2005