LAW OFFICES

# McCULLOUGH & McKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH (DE, PA)<br>DANIEL L. MCKENTY (DE)<br>GERALD J. HAGER (DE, PA)<br>DANA M. SPRING (DE)<br><br>**PARALEGALS**<br>JUSTINA K. BAYLESS<br>EVERT J. CHRISTENSEN, JR.<br>JANE E. KLAFTER<br>CANDACE E. EGGLESTON | 1225 N. KING STREET<br>SUITE 1100<br>P.O. BOX 397<br>WILMINGTON, DE 19899-0397<br><br>TEL: (302) 655-6749<br>FAX: (302) 655-6827 | PENNSYLVANIA OFFICE<br>123 S. Broad Street<br>Suite 2035<br>Philadelphia, PA 19109<br><br>**Writer's Direct Contact**<br>Telephone Extension: 11<br>bmccullough@mccmck.com<br>www.mccmck.com |

May 23, 2005

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
U.S. District Court, Lock Box 27
844 N. King Street
Wilmington, DE 19801

    Re:    **Factory Mutual Insurance Company**, *et al.* **v. East Coast Erectors, Inc.,** *et al.*
             **U.S. District Court, District of Delaware, C.A. No. 05-96**
             **Our File No. 005405**

Dear Judge Farnan:

    I represent plaintiffs in this action. Attached is a proposed Rule 16 Scheduling Order. The particulars of the proposed order have been presented to all counsel and there has been no objection.

    Thank you for the Court's attention to this matter.

                                      Respectfully yours,

                                      Bruce W. McCullough

BWMcC:cee
Enclosure
H:\FILES\SUBRO\Factory Mutual\Farnan1 - proposed Rule 16 Order.wpd
    cc:    Geoffrey W. Veith, Esquire (w/ enc.)
            Natalie M. Ippolito, Esquire (w/ enc.)
            All counsel in related litigation Esquire (w/ enc.)