## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2005, I electronically filed the within *Answer of Becker Morgan Group, Inc., Cross Claims and Answer to all Cross Claims* with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Natalie M. Ippolito, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805

I hereby certify that on June 1, 2005, I have mailed by U.S. Postal Service, the document to the following non-registered participant:

Geoffrey W. Veith, Esquire
Rogut, McCarthy & Troy LLC
One First Avenue, Suite 410
Conshohocken, PA 19428

    /s/ Victoria K. Petrone
Victoria K. Petrone (DE 4210)