H:\FILES\SUBRO\Factory Mutual\Notice of Service - Rule 26 Disclosures.wpd

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL,** *et al.*, | ) ) ) | **Civil Action No. 05-96** |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **EAST COAST ERECTORS, INC.,** *et al.*, | ) ) | |
| **Defendants.** | ) | |

## NOTICE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on this date a copy of the PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES was served via first class mail on the following:

Natalie M. Ippolito, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
nippolito@wetzellaw.com


    /s/ Bruce W. McCullough
    Bruce W. McCullough

Dated: June 6, 2005