## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY a/s/o EZIBA.COM, INC./AVACET, INC., EZIBA SECURITIES CORP., | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-339-JJF |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | : : : : : | |
| Defendants. | : : | |
| MILLERS CAPITAL INSURANCE COMPANY, a/s/o DEL-HOMES CATALOG GROUP, LLC, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-1322-JJF |
| LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., | : : : : | <u>CONSOLIDATED CASES</u> |
| Defendants. | : : | |
| and | : : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : : | |
| Defendant and Third-Party Plaintiff, | : : : | |
| v. | : : | |
| EAST COAST ERECTORS, INC., | : : | |
| Third-Party Defendant. | : | |

|  |  |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY a/k/a FM GLOBAL a/k/a CATALOG RESOURCES INC. d/b/a CLIENTLOGIC, a/s/o CLIENTLOGIC OPERATING CORPORATION and HARTFORD a/k/a VIVRE INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EAST COAST ERECTORS, INC., LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC.,<br><br>　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 05-096-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **13th** day of **June, 2005**,

IT IS ORDERED that **dress** for the mediation scheduled for Tuesday and Wednesday, August 30 and 31, 2005 beginning at 10:00 a.m. **is casual**. All other provisions of the March 9, 2005 Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

　　　　　　　　　　　　　　/s/ Mary Pat Thynge  
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE