AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____Delaware_____

FACTORY MUTUAL INSURANCE CO.

V.

**SUMMONS IN A CIVIL CASE**

EAST COAST ERECTORS, INC.

CASE NUMBER: 05-96 JJF

TO: (Name and address of Defendant)

O'Donnell, Naccarato & MacIntosh, Inc.
300 Delaware Ave., Suite 820
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce W. McCullough
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              JUN 0 9 2005

CLERK                                        DATE

_Evelle Watson_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/14/05 @ 11:08 am |
| NAME OF SERVER (PRINT) Amanda F. Mowle | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 300 Delaware Avenue Suite 800 Wilmington DE 19801 by serving Jessica Fastburn, records custodian 25 female, white, 140 lbs blonde hair

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/14/2005
Date

Signature of Server   Amanda F. Mowle

Address of Server
1225 King Street
Suite 400
P.O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.