**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL A/s/o Catalog Resources, Inc. d/b/a ClientLogic A subsidiary of ClientLogic Operation Corporation | : : : : | Civil Action No. 05-96 JJF<br><br>JURY OF TWELVE DEMANDED |
| and | : : | |
| THE HARTFORD a/s/o Vivre, Inc. | : : | |
|     Plaintiffs, | : : | |
|     v. | : : : | |
| EAST COAST ERECTORS, INC., LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : : : | |
|     Defendants. | : | |

**DEFENDANT EAST COAST ERECTORS, INC.'S ANSWER TO
CROSS-CLAIM OF DEFENDANT BECKER MORGAN GROUP, INC**.

COMES NOW East Coast Erectors, Inc., Defendant in the above-styled action (hereinafter called "ECE") and responds to the cross-claim asserted by Defendant Becker Morgan Group, Inc. as follows:

Denied.

WHEREFORE, ECE demands that judgment be entered in its favor and against Becker Morgan with respect to its cross-claim.

                        WETZEL & ASSOCIATES, P.A.

                        /s/ Natalie M. Ippolito
                        Benjamin C. Wetzel, III (I.D. No. 985)
                        Natalie M. Ippolito (I.D. No. 3845)
                        The Carriage House, Suite 201
                        1100 N. Grant Avenue
                        Wilmington, DE 19805
                        (302) 652-1200
                        nippolito@wetzellaw.com


                        Robert B. Hill, Admitted Pro Hac Vice
                        MCLAIN & MERRITT, P.C.
                        3445 Peachtree Road N.E., Suite 500
                        Atlanta, GA 30326

                        *Attorneys for Third-Party Defendant*
                        *East Coast Erectors, Inc.*

Dated: June 24, 2005

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 24, 2005, I electronically filed the within Defendant East Coast Erectors, Inc.'s Answer to Cross-Claim of Defendant Becker Morgan Group, Inc. with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Bruce W. McCullough, Esquire
>McCullough & McKenty
>1225 N. King Street, Suite 1100
>P.O. Box 397
>Wilmington, DE 19899-0397

>Victoria K. Petrone, Esquire
>Tighe, Cottrell & Logan, PA
>PO Box 1031
>Wilmington, DE 19899

    I hereby certify that on June 24, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

>Geoffrey W. Veith, Esquire
>Rogut McCarthy Troy, LLC
>One First Avenue – Suite 410
>Conshohocken, PA 19428

>WETZEL & ASSOCIATES, P.A.
>
>/s/ Natalie M. Ippolito_____
>Natalie M. Ippolito (I.D. No. 3845)
>The Carriage House, Suite 201
>1100 N. Grant Avenue
>Wilmington, DE 19805
>(302) 652-1200
>nippolito@wetzellaw.com