**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE | : | Civil Action No. 05-96 JJF |
| COMPANY, a/k/a FM GLOBAL | : | |
| a/s/o Catalog Resources, Inc. d/b/a ClientLogic | : | |
| a subsidiary of ClientLogic Operation Corporation | : | JURY OF TWELVE DEMANDED |
| | : | |
| and | : | |
| | : | |
| THE HARTFORD a/s/o Vivre, Inc. | : | |
| | : | |
|     Plaintiffs, | : | |
| | : | |
|     v. | : | |
| | : | |
| EAST COAST ERECTORS, INC., | : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : | |
| BECKER MORGAN GROUP, INC., | : | |
| and O'DONNELL, NACCARATO & | : | |
| MACINTOSH, INC. | : | |
| | : | |
|     Defendants. | : | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 24th day of June 2005, two true and correct

copies of Defendant East Coast Erectors, Inc.'s Third Request for Production of Documents

directed to Plaintiff, Factory Mutual Insurance Company, a/k/a FM Global a/s/o Catalog

Resources, Inc. d/b/a ClientLogic, a subsidiary of ClientLogic Operating Corporation AND

Defendant East Coast Erectors, Inc.'s Second Request for Production of Documents directed to

Plaintiff, The Hartford a/s/o Vivre, Inc. were served upon the following counsel via First Class

Mail:

        Bruce W. McCullough, Esquire
        McCullough & McKenty
        1225 N. King Street, Suite 1100
        P.O. Box 397
        Wilmington, DE 19899-0397

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899


Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue – Suite 410
Conshohocken, PA 19428


WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com

*Attorneys for Defendant East Coast
Erectors, Inc.*


Dated:  June 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2005, I electronically filed the within Defendant East Coast Erectors, Inc.'s Answer to Cross-Claim of Defendant Becker Morgan Group, Inc. with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

I hereby certify that on June 24, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue – Suite 410
Conshohocken, PA 19428

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com