JAMES P. MCLAIN
M DAVID MERRITT
CHRISTOPHER D OLMSTEAD
ROBERT B. HILL
HOWARD M LESSINGER
THOMAS C. HOLCOMB
WILLIAM S SUTTON
NEIL S MORRISROE
ALBERT J DECUSATI
JULIE CHILDS
JEFFREY E HICKCOX
C EDWARD GOODGAME
K BRENT WARREN
TRAVIS D LACKEY
ANTHONY J BAGIATIS
CLAYTON E. ROBERTSON
BRIAN E WIKLENDT
SCOTT G MILLS
CHARLES E HARRIS IV
JOHN C STUNDA
CHRISTOPHER M WALSH
ARDEN C. MILLER
ROBERT A. WILSON, JR
ASHLEY C. ALEXANDER

LAW OFFICES
**McLAIN & MERRITT**
A PROFESSIONAL CORPORATION
SUITE 500
3445 PEACHTREE ROAD, N.E.
ATLANTA, GEORGIA 30326-3240
(404) 266-9171

FACSIMILE
(404) 364-3135
(404) 364-3138
REAL ESTATE
(404) 364-3134

SARAH B TERRELL
OF COUNSEL

April 28, 2005

Geoffrey Veith, Esquire
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Bruce W. McCullough, Esquire
824 Market Square
4th Floor
Wilmington, DE 19899

RE: Factory Mutual Insurance Company, et al. and The Hartford, et al. v. East Coast Erectors, Inc., et al

Gentlemen:

On March 11, 2005, Defendant East Coast Erectors, Inc. served Factory Mutual Insurance Company and The Hartford with Interrogatories and Request for the Production of Documents. However, our file indicates that we have not received their answers. Please notify our office as to when we may expect their responses.

Thank you for your cooperation and attention to this matter.

Cordially yours,

McLAIN & MERRITT, P.C.

Robert B. Hill

RBH/dlc
cc: Natalie Ippolito, Esq.
Larry Hirschorn
Mike Williams