**Dori Cash**

| | |
|---|---|
| **From:** | Bob Hill |
| **Sent:** | Friday, June 24, 2005 2:08 PM |
| **To:** | Geoffrey W. Veith (E-mail) |
| **Cc:** | Natalie M. Ippolito (E-mail) |
| **Subject:** | FM v. ECE |

Geoffrey: We need full and complete answers to interrogatories, and we have nothing. I've asked nicely several times. We will start working on our motion to compel next week. Please don't send us something saying look at our documents. We have been very patient. If you intend to provide good answers within the next 7 days from today's date, let Natalie and me know.
thanks bob
bob

Robert B. Hill
McLain & Merritt, P. C.
3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA 30326
404-365-4549

1