**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL a/s/o Catalog Resources, Inc. d/b/a ClientLogic a subsidiary of ClientLogic Operation Corporation and THE HARTFORD a/s/o Vivre, Inc. | : : : : : : | Civil Action No. 05-96 JJF  JURY OF TWELVE DEMANDED |
| Plaintiffs, | : : | |
| v. | : : | |
| EAST COAST ERECTORS, INC., LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : : : | |
| Defendants. | : | |

**NOTICE OF DEPOSITION**

**TO:**   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned counsel will take the oral deposition of Geoffrey Varrasse on Friday August 5, 2005 at 9:00 a.m. at Wetzel & Associates, P.A., The Carriage House, Suite 201, 1100 N. Grant Avenue, Wilmington, DE 19805

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com

        Robert B. Hill, Admitted Pro Hac Vice
        MCLAIN & MERRITT, P.C.
        3445 Peachtree Road N.E., Suite 500
        Atlanta, GA 30326

        *Attorneys for DefendantEast Coast Erectors, Inc.*

Dated: July 12, 2005

cc: Esquire Deposition Services

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2005, I electronically filed the within Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Bruce W. McCullough, Esquire
>McCullough & McKenty
>1225 N. King Street, Suite 1100
>P.O. Box 397
>Wilmington, DE 19899-0397

>Victoria K. Petrone, Esquire
>Tighe, Cottrell & Logan, PA
>PO Box 1031
>Wilmington, DE 19899

I hereby certify that on July 12, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

>Geoffrey W. Veith, Esquire
>Rogut McCarthy Troy, LLC
>One First Avenue – Suite 410
>Conshohocken, PA 19428

>David J. Baumberger, Esquire
>Chrissinger & Baumberger
>Three Mill Road, Suite 301
>Wilmington, DE 19806

>James F. Bailey, Jr., Esquire
>Bailey & Associates
>Three Mill Road, Suite 306A
>Wilmington, DE 19806

>WETZEL & ASSOCIATES, P.A.
>
>/s/ Natalie M. Ippolito
>Natalie M. Ippolito (I.D. No. 3845)
>The Carriage House, Suite 201
>1100 N. Grant Avenue
>Wilmington, DE 19805
>(302) 652-1200
>nippolito@wetzellaw.com