UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY a/k/a FM GLOBAL, et al., | § § § | C.A. No.: 05-096 JJF |
| Plaintiffs, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| EAST COAST ERECTORS INC., et al, | § § § | |
| Defendants. | § § | |

**ENTRY OF APPEARANCE FOR O'DONNELL NACCARATO & MACINTOSH, INC.**

**PLEASE ENTER THE APPEARANCE** of James F. Bailey, Jr., Esquire, Bailey & Associates, P.A. on behalf of Defendant O'Donnell, Naccarato & MacIntosh, Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. Defendant specifically reserves all rights to raise jurisdictional, or service, or Statute of Limitations defenses which may be available.

BAILEY & ASSOCIATES, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR.
Bar I.D. # 336
Three Mill Road, Suite 306A
Wilmington, DE 19806
(302) 658-5686
Attorney for Defendant O'Donnell
Naccarato & MacIntosh

Date: July 18, 2005

**CERTIFICATE OF SERVICE**

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 18th day of July, 2005, one copy of the foregoing **ENTRY OF APPEARANCE** was served on the following counsel of record via electronic service:

Frank E. Noyes, II, Esquire
White and Williams, LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

Ron Pingitore, Esquire
White & Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19135-7395

Steven K. Gerber, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia PA 19103

Sean J. Bellew, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

Benjamin C. Wetzel, III, Esquire
Wetzel & Associates, P.A.
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805

Robert B. Hill, Esquire
McLain & Merritt
Suite 500
3445 Peachtree Road N.E.
Atlanta GA 30326-3240

David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
1007 Orange Street, Suite 205
Wilmington, DE 19801

Dana B. Ostrovsky, Esquire
Cohen, Seglias, Pallas,
Greenhall, & Furman, P.C.
1515 Market Street, 11th Floor
Philadelphia, PA 19102

Bruce W. McCullough, Esquire
McCullough & McKenty, P.A.
824 N. Market Street, Suite 412
P.O. Box 397
Wilmington, DE 19899

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy LLC
One First Avenue, Suite 410
Conshohocken, PA 19428

                    BAILEY & ASSOCIATES, P.A.


                    /s/ James F. Bailey, Jr.
                    JAMES F. BAILEY, JR.
                    Bar I.D. # 336
                    Three Mill Road, Suite 306A
                    Wilmington, DE  19806
                    (302) 658-5686
                    Attorney for Defendant O'Donnell
                    Naccarato & MacIntosh

Date: July 18, 2005