UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY a/k/a FM GLOBAL, et al., | § § § | C.A. No.: 05-096 JJF |
| Plaintiffs, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| EAST COAST ERECTORS INC., et al, | § § § | |
| Defendants. | § | |

## ANSWER OF O'DONNELL NACCARATO & MACINTOSH, INC.

1. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

2. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of that averment.

3. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of that averment.

4. Admitted.

5. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

6. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

7. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

8. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

9. Admitted.

10. Admitted.

11. No responsive pleading is required. If a response is required: this Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

12. No responsive pleading is required. If a response is required: this Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

13. No responsive pleading is required. If a response is required: this Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

14. No responsive pleading is required. If a response is required: this Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

15. No responsive pleading is required. If a response is required: this Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

16. No responsive pleading is required. If a response is required: this Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

24. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

25. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

26. Admitted.

27. Admitted.

28. Denied.

29. Denied.

30. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

31. Denied as to this Answering Defendant.

32. Denied as to this Answering Defendant.

33. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

34. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

35. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

36. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

37. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

38. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

39. This Answering Defendant incorporates its answers contained in paragraphs one through thirty-eight by reference.

40. Denied as to this Answering Defendant.

40(a-r). Denied.

41. Denied as to this Answering Defendant.

42. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

**WHEREFORE,** this Answering Defendant demands that the above captioned matter be dismissed with all costs against the Plaintiff.

43. This Answering Defendant incorporates its answers contained in paragraphs one through forty-two by reference.

44. Answering Defendant is without sufficient knowledge or information to form a belief as to the truth of this averment.

45. Denied as stated.

46. Denied.

46(a). Denied.

46(b). Denied.

## AFFIRMATIVE DEFENSE

47.     Plaintiff's complaint fails to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b).

## ANSWER OF O'DONNELL NACCARATO & MACINTOSH, INC. TO CROSS-CLAIM OF CO-DEFENDANTS AND/OR THIRD PARTIES

O'Donnell Naccarato & MacIntosh hereby responds to the cross-claim asserted by all co-defendants or third parties as follows:

48.     Denied.

WHEREFORE, O'Donnell Naccarato & MacIntosh demands that the cross-claim be dismissed with any and all costs to be assessed against

BAILEY & ASSOCIATES, P.A.

/s/ James F. Bailey, Jr.
JAMES F. BAILEY, JR., Bar I.D. # 336
Three Mill Road, Suite 306A
Wilmington, DE  19806
(302) 658-5686
Attorney for Defendant O'Donnell
Naccarato & MacIntosh

Date: July 18, 2005

**CERTIFICATE OF SERVICE**

I, James F. Bailey, Jr., Esquire, do hereby certify that on this 18th day of July, 2005, one copy of the foregoing **ANSWER OF O'DONNELL NACCARATO & MACINTOSH, INC.** was served on the following counsel of record via electronic service:

| | |
|---|---|
| Frank E. Noyes, II, Esquire<br>White and Williams, LLP<br>824 N. Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709 | Ron Pingitore, Esquire<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19135-7395 |
| Steven K. Gerber, Esquire<br>Cozen & O'Connor<br>1900 Market Street<br>Philadelphia PA 19103 | Sean J. Bellew, Esquire<br>Cozen & O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Benjamin C. Wetzel, III, Esquire<br>Wetzel & Associates, P.A.<br>The Carriage House, Suite 201<br>1100 N. Grant Avenue<br>Wilmington, DE 19805 | Robert B. Hill, Esquire<br>McLain & Merritt<br>Suite 500<br>3445 Peachtree Road N.E.<br>Atlanta GA 30326-3240 |
| David L. Baumberger, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan<br>First Federal Plaza, Suite 500<br>P.O. Box 1031<br>Wilmington, DE 19899 |
| Robert K. Beste, Jr., Esquire<br>Cohen Seglias Pallas Greenhall & Furman, P.C.<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | Dana B. Ostrovsky, Esquire<br>Cohen, Seglias, Pallas,<br>Greenhall, & Furman, P.C.<br>1515 Market Street, 11th Floor<br>Philadelphia, PA 19102 |
| Bruce W. McCullough, Esquire<br>McCullough & McKenty, P.A.<br>824 N. Market Street, Suite 412<br>P.O. Box 397<br>Wilmington, DE 19899 | Geoffrey W. Veith, Esquire<br>Rogut McCarthy Troy LLC<br>One First Avenue, Suite 410<br>Conshohocken, PA 19428 |

                    BAILEY & ASSOCIATES, P.A.

                    /s/ James F. Bailey, Jr.
                    JAMES F. BAILEY, JR.
                    Bar I.D. # 336
                    Three Mill Road, Suite 306A
                    Wilmington, DE  19806
                    (302) 658-5686
                    Attorney for Defendant O'Donnell
                    Naccarato & MacIntosh

Date: July 18, 2005