**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL a/s/o Catalog Resources, Inc. d/b/a ClientLogic, a subsidiary of ClientLogic Operation Corporation, | : : : : | Civil Action No. 05-096 JJF |
| | : | JURY OF TWELVE DEMANDED |
| and | : : | |
| THE HARTFORD a/s/o Vivre, Inc. | : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| EAST COAST ERECTORS, INC., et al. | : : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION DUCES TECUM*

TO:    All Counsel

PLEASE TAKE NOTICE that on the undersigned counsel will take the deposition ***Duces Tecum*** of the Records Custodian for LBC International Certified Public Accountants, LLP on Monday, August 1, 2005 beginning at 10:00 a.m. in the offices of Wetzel & Associates, P.A., located at The Carriage House, Suite 201, 1100 North Grant Avenue, Wilmington, Delaware 19805.

*__DUCES TECUM__:  Deponent is to produce for inspection and copying at the time of the deposition, all documents and tangible things identified in the attached Exhibit A.

*NOTE:  Personal appearance is waived if complete copies of all requested documents are received in the law office of Wetzel & Associates, P.A. prior to the date of the deposition.*

                                WETZEL & ASSOCIATES, P.A.

                                /s/ Natalie M. Ippolito_____
                                Benjamin C. Wetzel, III (I.D. No. 985)
                                Natalie M. Ippolito (I.D. No. 3845)
                                The Carriage House, Suite 201
                                1100 N. Grant Avenue
                                Wilmington, DE 19805
                                (302) 652-1200
                                nippolito@wetzellaw.com

                                Robert B. Hill, Admitted Pro Hac Vice
                                MCLAIN & MERRITT, P.C.
                                3445 Peachtree Road N.E., Suite 500
                                Atlanta, GA 30326

                                *Attorneys for Defendant East Coast*
                                *Erectors, Inc.*

Dated:  July 20, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2005, I electronically filed DEFENDANT EAST COAST ERECTORS, INC.'S NOTICE OF DEPOSITION DUCES TECUM* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806

      I hereby certify that on July 20, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

David L. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Geoffrey W. Veith, Esquire
Rogut, McCarthy & Troy, LLP
Once First Avenue, Suite 410
Conshohocken, PA  19428

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com