# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL a/s/o Catalog Resources, Inc. d/b/a ClientLogic a subsidiary of ClientLogic Operation Corporation and THE HARTFORD a/s/o Vivre, Inc.<br><br>    Plaintiffs,<br><br>    v.<br><br>EAST COAST ERECTORS, INC., LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC.<br><br>    Defendants. | Civil Action No. 05-96 JJF<br><br>JURY OF TWELVE DEMANDED |

## NOTICE OF DEPOSITION

**TO:**   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned counsel will take the oral deposition of Anthony J. Critelli, CPA on Monday August 1, 2005 at 2:00 p.m. at Wetzel & Associates, P.A., The Carriage House, Suite 201, 1100 N. Grant Avenue, Wilmington, DE 19805

                                          WETZEL & ASSOCIATES, P.A.

                                          /s/ Natalie M. Ippolito_____
                                          Benjamin C. Wetzel, III (I.D. No. 985)
                                          Natalie M. Ippolito (I.D. No. 3845)
                                          The Carriage House, Suite 201
                                          1100 N. Grant Avenue
                                          Wilmington, DE 19805
                                          (302) 652-1200
                                          nippolito@wetzellaw.com

Robert B. Hill, Admitted Pro Hac Vice
MCLAIN & MERRITT, P.C.
3445 Peachtree Road N.E., Suite 500
Atlanta, GA 30326

*Attorneys for Defendant East Coast Erectors, Inc.*

Dated:  July 26, 2005

cc:  Esquire Deposition Services

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2005, I electronically filed the within Notice of Deposition with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Bruce W. McCullough, Esquire
>McCullough & McKenty
>1225 N. King Street, Suite 1100
>P.O. Box 397
>Wilmington, DE 19899-0397
>
>Victoria K. Petrone, Esquire
>Tighe, Cottrell & Logan, PA
>PO Box 1031
>Wilmington, DE 19899
>
>James F. Bailey, Jr., Esquire
>Bailey & Associates
>Three Mill Road, Suite 306A
>Wilmington, DE 19806

I hereby certify that on July 26, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

>Geoffrey W. Veith, Esquire
>Rogut McCarthy Troy, LLC
>One First Avenue – Suite 410
>Conshohocken, PA 19428
>
>David L. Baumberger, Esquire
>Chrissinger & Baumberger
>Three Mill Road, Suite 301
>Wilmington, DE 19806

>WETZEL & ASSOCIATES, P.A.
>
>/s/ Natalie M. Ippolito
>Natalie M. Ippolito (I.D. No. 3845)
>The Carriage House, Suite 201
>1100 N. Grant Avenue
>Wilmington, DE 19805
>(302) 652-1200
>nippolito@wetzellaw.com