**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL a/s/o Catalog Resources, Inc. d/b/a ClientLogic a subsidiary of ClientLogic Operation Corporation and THE HARTFORD a/s/o Vivre, Inc. | : : : : : : | Civil Action No. 05-96 JJF  JURY OF TWELVE DEMANDED |
| Plaintiffs, | : : | |
| v. | : : | |
| EAST COAST ERECTORS, INC., LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2005, upon consideration of Defendant East Coast Erectors, Inc.'s Motion for Summary Judgment and Brief and Appendix in Support of its Motion for Summary Judgment, and any opposition thereto,

**IT IS HEREBY ORDERED** that Defendant East Coast Erectors, Inc.'s Motion for Summary Judgment is GRANTED. All claims against defendant East Coast Erectors, Inc. are dismissed with prejudice. All costs of this action are assessed against the Plaintiffs.

_____
J.