## APPENDIX - TABLE OF CONTENTS

| | | | Page |
|---|---|---|---|
| Exhibit A | - | Inventory List / Damages Report / Expert Report of Geoffrey Varrasse | A-1 |
| Exhibit B | - | Dover Fire Department Report | A-13 |
| Exhibit C | - | Affidavit of Robert B. Hill ( with reference Exhibits 1, 2 and 3) | A-15 |
| Exhibit D | - | Excerpts of deposition of Robert MacLeish, pp. 141-143 | A-35 |
| Exhibit E | - | Excerpts of deposition of Charles N. Timbie, pp. 124-125 | A-43 |
| Exhibit F | - | *State Farm v. Baron*, 2002 WL 32007217 (Del.Com.Pl. 2002) | A-50 |
| Exhibit G | - | *Spohn v. Secretary of the Department of Health and Human Services,* 1996 WL 532610 (Fed.C1. 1996) | A-52 |
| Exhibit H | - | *Certainteed Corp. v. Celotex Corp.*, 2005 WL 217032 (Del.Ch. 2005) | A-64 |
| Exhibit I | - | *Greenstein v. Coonin*, 1997 WL 127994 (Del.Super. 1997) | A-82 |
| Exhibit J | - | Excerpts from Factory's Answers to ECE's Interrogs | A-85 |