**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL a/s/o Catalog Resources, Inc. d/b/a ClientLogic a subsidiary of ClientLogic Operation Corporation and THE HARTFORD a/s/o Vivre, Inc. | : Civil Action No. 05-96 JJF : : : : JURY OF TWELVE DEMANDED : : |
| Plaintiffs, | : |
| v. | : : |
| EAST COAST ERECTORS, INC., LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF MOTION**

**TO:** ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws its Motion for Summary Judgment (D.I. 28) and Opening Brief in Support of its Motion for Summary Judgment (D.I. 29), without prejudice to its rights to refile this motion or any other motion at a later date.

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Benjamin C. Wetzel, III (I.D. No. 985)
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com

Robert B. Hill, Admitted Pro Hac Vice
MCLAIN & MERRITT, P.C.
3445 Peachtree Road N.E., Suite 500
Atlanta, GA 30326

*Attorneys for Defendant East Coast Erectors, Inc.*

Dated:  August 26, 2005

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 26, 2005, I electronically filed the within Notice of Withdrawal with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Bruce W. McCullough, Esquire
>McCullough & McKenty
>1225 N. King Street, Suite 1100
>P.O. Box 397
>Wilmington, DE 19899-0397
>
>Victoria K. Petrone, Esquire
>Tighe, Cottrell & Logan, PA
>PO Box 1031
>Wilmington, DE 19899

 I hereby certify that on August 26, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants:

>Geoffrey W. Veith, Esquire
>Rogut McCarthy Troy, LLC
>One First Avenue – Suite 410
>Conshohocken, PA 19428
>
>David L. Baumberger, Esquire
>Chrissinger & Baumberger
>Three Mill Road, Suite 301
>Wilmington, DE 19806
>
>James F. Bailey, Jr., Esquire
>Bailey & Associates
>Three Mill Road, Suite 306A
>Wilmington, DE 19806

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com