# WETZEL & ASSOCIATES, P.A.

Attorneys at Law

**Natalie M. Ippolito\***
*Also admitted in NY and PA

The Carriage House, Suite 201
1100 North Grant Avenue
Wilmington, Delaware 19805

Telephone: 302.652.1200
Facsimile: 302.652.1900
E-mail: nippolito@wetzellaw.com

August 30, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lockbox 27
Wilmington, DE 19801

Re: **Factory Mutual Insurance Company v. East Coast Erectors, Inc.**
Civil Action No. 05-96 JJF

Dear Judge Farnan:

Enclosed please find a Stipulated Modified Scheduling Order that has been agreed to by all parties. The undersigned is available should the Court have any questions.

Respectfully submitted,

Natalie M. Ippolito

Enclosure

cc: Clerk of the Court (w/encl.)
    All Counsel on the attached service list (w/encl.)

**SERVICE LIST**

David J. Baumberger, Esquire
Chrissinger & Baumberger
Three Mill Road, Suite 301
Wilmington, DE 19806

Frank E. Noyes, II, Esquire
White & Williams, LLP
PO Box 709
Wilmington, DE 19899-0709

James F. Bailey, Jr., Esquire
Bailey & Associates
Three Mill Road, Suite 306A
Wilmington, DE 19806
Wilmington, DE 19801

Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 N. Market Street, Suite 1400

Robert K. Beste, Jr., Esquire
Cohen Seglias Pallas
 Greenhall & Furman, PC
Nemours Building
1007 Orange Street, Suite 205
Wilmington, DE 19801

Robert B. Hill, Esquire
McLain & Merritt
3445 Peachtree Road, N.E., Suite 500
Atlanta, GA 30326-3240

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
PO Box 1031
Wilmington, DE 19899

Ron L. Pingitore, Esquire
White and Williams, LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

Steven K. Gerber, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Dana Ostrovsky, Esquire
Cohen Seglias Pallas Greenhall & Furman, P.C.
11th Floor, 1515 Market Street
Philadelphia, PA 19102

Bruce W. McCullough, Esquire
McCullough & McKenty
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue
Suite 410
Conshohocken, PA 19428