## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET, INC.,<br>EZIBA SECURITIES CORP., | :<br>:<br>:<br>: |
| Plaintiff, | : |
| v. | :     Civil Action No. 04-339-JJF |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO &<br>MACINTOSH, INC., | :<br>:<br>:<br>: |
| Defendants. | : |
| MILLERS CAPITAL INSURANCE<br>COMPANY, a/s/o DEL-HOMES CATALOG<br>GROUP, LLC, | :<br>:<br>: |
| Plaintiff, | : |
| v. | :     Civil Action No. 04-1322-JJF |
| LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC., and<br>O'DONNELL, NACCARATO &<br>MACINTOSH, INC., | :     <u>CONSOLIDATED CASES</u><br>:<br>:<br>: |
| Defendants. | : |
| and | : |
| LIGHTHOUSE CONSTRUCTION, INC., | : |
| Defendant and Third-Party<br>Plaintiff, | : |
| v. | : |
| EAST COAST ERECTORS, INC., | : |
| Third-Party Defendant. | : |

|  |  |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY a/k/a FM GLOBAL a/k/a CATALOG RESOURCES INC. d/b/a CLIENTLOGIC, a/s/o CLIENTLOGIC OPERATING CORPORATION and HARTFORD a/k/a VIVRE INC.,<br><br>                      Plaintiffs,<br><br>    v.<br><br>EAST COAST ERECTORS, INC., LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC.,<br><br>                      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-096-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **31st** day of **August, 2005**,

IT IS ORDERED that teleconferences in the above matters have been scheduled as follows:

**Monday, September 12, 2005 at 5:00 p.m. EST** with the Magistrate Judge and Lighthouse/ECE **only. David Baumberger, Esquire shall initiate the teleconference call.**

**Wednesday, September 14, 2005 at 7:00 a.m. EST** with the Magistrate Judge and plaintiffs **only. Ron L. Pingitore, Esquire shall initiate the teleconference call.**

Participation of the representatives of the respective clients during the teleconference is not mandatory.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE