UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FACTORY MUTUAL INSURANCE COMPANY a/k/a** : | |
| **FM GLOBAL a/s/o CATALOG RESOURCES, INC.** : | **NO.: 05-96 JJF** |
| **d/b/a CLIENTLOGIC A SUBSIDIARY OF** : | |
| **CLIENTLOGIC OPERATIONS CORPORATION** : | |
| **AND THE HARTFORD a/s/o VIVRE, INC.** : | |
| Plaintiffs, : | |
| v. : | |
| : | |
| **EAST COAST ERECTORS** : | |
| and : | |
| **LIGHTHOUSE CONSTRUCTION, INC.** : | |
| and : | |
| **BECKER MORGAN GROUP, INC.** : | |
| and : | |
| **O'DONNELL, NACCARATO & MACINTOSH, INC.** : | |
| Defendants. : | |

## ORDER

**AND NOW**, this _____ day of _____, 2005, upon consideration of East Coast Erectors, Inc.'s Motion for Partial Summary Judgment on the Statute of Repose, and any opposition thereto,

**IT IS HEREBY ORDERED** that the Motion is **DENIED**.

_____
Joseph J. Farnan, Jr.
United States District Judge