**APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' ANSWER IN OPPOSITION TO EAST COAST ERECTORS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT BASED UPON THE STATUTE OF REPOSE**

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| Exhibit A | Deposition Exhibit 14 from Greg Moore | B1 |
| Exhibit B | Deposition Excerpt from Robert MacLeish | B4 |
| Exhibit C | Deposition Exhibit 25/26 from Robert MacLeish | B20 |
| Exhibit D | Deposition Excerpt from Robert MacLeish | B25 |
| Exhibit E | Expert Report of Charles Timbie, P.E. | B33 |
| Exhibit F | Complaint of Factory Mutual | B49 |
| Exhibit G | Deposition Excerpt from Mike Williams | B58 |
| Exhibit H | Deposition Exhibit and Excerpt from Robert MacIntosh | B64 |
| Exhibit I | Deposition Excerpt from Joe Anastasi | B71 |
| Exhibit J | Deposition Excerpt from Mike Williams | B76 |
| Exhibit K | Deposition Excerpt from Robert MacIntosh | B87 |
| Exhibit L | Deposition Excerpt from Mike Williams | B91 |
| Exhibit M | Deposition Exhibit and Excerpt from Mike Williams | B97 |
| Exhibit N | Excerpt from BOCA 1996 Building Code | B106 |