UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FACTORY MUTUAL INSURANCE COMPANY a/k/a** : <br> **FM GLOBAL a/s/o CATALOG RESOURCES, INC.** :    NO.: 05-96 JJF <br> **d/b/a CLIENTLOGIC A SUBSIDIARY OF** : <br> **CLIENTLOGIC OPERATIONS CORPORATION** : <br> **AND THE HARTFORD a/s/o VIVRE, INC.** : <br>              **Plaintiffs,** : <br>   v. : <br> : <br> **EAST COAST ERECTORS** : <br>     and : <br> **LIGHTHOUSE CONSTRUCTION, INC.** : <br>     and : <br> **BECKER MORGAN GROUP, INC.** : <br>     and : <br> **O'DONNELL, NACCARATO & MACINTOSH, INC.** : <br>              **Defendants.** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the Answering Brief in Support of Plaintiff's Opposition to East Coast Erectors, Inc.'s Motion for Partial Summary Judgment with the Clerk of Court using CM/ECF, where the filing is available for viewing and downloading, which will send notification of such filing to the following:

| Natalie M. Ippolito, Esquire | Victoria K. Petrone, Esquire | David L. Baumberger, Esquire |
|---|---|---|
| Wetzel & Associates, P.A. | Tighe, Cottrell & Logan, P.A. | Chrissinger & Baumberger |
| The Carriage House, Suite 201 | First Federal Plaza, Suite 500 | Three Mill Road, Suite 301 |
| 1100 N. Grant Avenue | P.O. Box 1031 | Wilmington, DE 19806 |
| Wilmington, DE 19805 | Wilmington, DE 19899 | |

                                                                   /s/ Bruce W. McCullough
                                                                   Bruce W. McCullough

Dated: August 31, 2005