IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL a/s/o Catalog Resources, Inc., d/b/a CLIENTLOGIC, a Subsidiary of ClientLogic Operation Company, <br><br> and <br><br> THE HARTFORD a/s/o Vivre, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> EAST COAST ERECTORS, INC., LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC., <br><br> Defendants. | Civil Action No. 05-96 JJF |

## NOTICE OF DEPOSITION

TO: **ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned counsel will take the oral deposition of Dale Seemans, on Thursday, September 22, 2005 beginning at 4:00 p.m., or immediately after completion of Frank Davis' deposition, and will take place in the law offices of Chrissinger & Baumberger located at Three Mill Road, Suite 301, Wilmington, Delaware 19806.

                                                WETZEL & ASSOCIATE, P.A.

                                                /s/ Natalie M. Ippolito
                                                Benjamin C. Wetzel, III (#985)
                                                Natalie M. Ippolito (#3845)
                                                The Carriage House, Suite 201
                                                1100 N. Grant Avenue
                                                Wilmington, DE 19805
                                                (302) 652-1200

/s/ Robert B. Hill
Robert B. Hill, admitted Pro Hac Vice
McLAIN & MERRITT, P.C.
3445 Peachtree Road, Suite 500
Atlanta, GA 30326-3240

*Attorneys for Defendant East Coast Erectors, Inc.*

Dated: September 15, 2005

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on 9/15/05, I electronically filed DEFENDANT EAST COAST ERECTORS, INC.'S NOTICE OF DEPOSITION with the Clerk of Court using EM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| David J. Baumberber, Esquire<br>Chrissinger & Baumberger<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Frank E. Noyes, II, Esquire<br>White & Williams, LLP<br>PO Box 709<br>Wilmington, DE 19899-0709 |
| James F. Bailey, Jr., Esquire<br>Bailey & Associates<br>Three Mill Road, Suite 306A<br>Wilmington, DE 19806 | Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 |
| Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, PC<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 | |

    I hereby certify that on 9/15/05, I will mail by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, PA<br>PO Box 1031<br>Wilmington, DE 19899 | Ron L. Pingitore, Esquire<br>White & Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103 |
| Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | Dana Ostrovsky, Esquire<br>Coghen, Seglias, Pallas, Greenhall & Furman, PC<br>11th Floor, 1515 Market Street<br>Philadelphia, PA 19102 |
| Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>PO Box 397<br>Wilmington, DE 19899 | Geoffrey W. Veith, Esquire<br>Rogut McCarthy Troy, LLC<br>One First Avenue - Suite 410<br>Conshohocken, PA 19428 |

WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com

3