**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE COMPANY, a/k/a FM GLOBAL a/s/o Catalog Resources, Inc. d/b/a ClientLogic a subsidiary of ClientLogic Operation Corporation and THE HARTFORD a/s/o Vivre, Inc. | : : : : : : | Civil Action No. 05-96 JJF  JURY OF TWELVE DEMANDED |
| Plaintiffs, | : : | |
| v. | : : | |
| EAST COAST ERECTORS, INC., LIGHTHOUSE CONSTRUCTION, INC., BECKER MORGAN GROUP, INC., and O'DONNELL, NACCARATO & MACINTOSH, INC. | : : : : : : | |
| Defendants. | : | |

**DEFENDANT EAST COAST ERECTORS, INC.'S ANSWER TO**
**CROSS-CLAIMS OF DEFENDANT LIGHTHOUSE CONSTRUCTION, INC.**

COMES NOW East Coast Erectors, Inc., Defendant in the above-styled action (hereinafter called "ECE") and responds to the cross-claims asserted by Defendant Lighthouse Construction, Inc. as follows:

1. Denied.

2. Denied.

3. Denied. By way of further response, the contract between ECE and O'Donnell, Naccarato & MacIntosh speaks for itself.

4. Denied.

5. Denied.

WHEREFORE, ECE demands that judgment be entered in its favor and against Lighthouse Construction, Inc. with respect to its cross-claims.

        WETZEL & ASSOCIATES, P.A.

        /s/ Natalie M. Ippolito
        Benjamin C. Wetzel, III (I.D. No. 985)
        Natalie M. Ippolito (I.D. No. 3845)
        The Carriage House, Suite 201
        1100 N. Grant Avenue
        Wilmington, DE 19805
        (302) 652-1200
        nippolito@wetzellaw.com

        Robert B. Hill, Admitted Pro Hac Vice
        MCLAIN & MERRITT, P.C.
        3445 Peachtree Road N.E., Suite 500
        Atlanta, GA 30326

        *Attorneys for Defendant East Coast Erectors, Inc.*

Dated:  September 20, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2005, I electronically filed the within **Defendant East Coast Erectors, Inc.'s Answer to Cross-Claims of Defendant Lighthouse Construction, Inc.** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Chrissinger & Baumberger<br>David L. Baumberger, Esquire<br>Three Mill Road, Suite 301<br>Wilmington, DE 19806 | Bruce W. McCullough, Esquire<br>McCullough & McKenty<br>1225 N. King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 |
| James F. Bailey, Jr., Esquire<br>Bailey & Associates<br>Three Mill Road, Suite 306A<br>Wilmington, DE 19806 | Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, PA<br>PO Box 1031<br>Wilmington, DE 19899 |

      I hereby certify that on September 20, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

Geoffrey W. Veith, Esquire
Rogut McCarthy Troy, LLC
One First Avenue – Suite 410
Conshohocken, PA 19428

| | |
|---|---|
| Ron L. Pingitore, Esquire<br>White and Williams, LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395 | Steven K. Gerber, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 |
| Dana Ostrovsky, Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, P.C.<br>11th Floor, 1515 Market Street<br>Philadelphia, PA 19102 | Robert K. Beste, Jr., Esquire<br>Cohen, Seglias, Pallas, Greenhall & Furman, PC<br>Nemours Building<br>1007 Orange Street, Suite 205<br>Wilmington, DE 19801 |

      WETZEL & ASSOCIATES, P.A.

/s/ Natalie M. Ippolito_____
Natalie M. Ippolito (I.D. No. 3845)
The Carriage House, Suite 201
1100 N. Grant Avenue
Wilmington, DE 19805
(302) 652-1200
nippolito@wetzellaw.com