1800 One Liberty Place
Philadelphia, PA 19103-7395
Phone: 215.864.7000
Fax: 215.864.7123

Ron L. Pingitore
Direct Dial: 215.864.6324
Direct Fax: 215.789.7504
pingitorer@whiteandwilliams.com

December 9, 2005

**VIA E-FILE AND REGULAR MAIL**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street, Room 4124
Wilmington, DE 19801

**Re: Federal Insurance Company v. Lighthouse Construction
Millers Capital Insurance Co. v. Lighthouse Construction
Factory Mutual Insurance Co. v. Lighthouse Construction
Civil Action Nos. 04-339; 04-1322; and 05-96**

Dear Judge Farnan:

Plaintiffs participated in a mediation with East Coast Erectors, Inc. and Becker Morgan Group yesterday. Magistrate Judge Thynge conducted the mediation. As a result, plaintiffs reached an agreement in principal to settle with each defendant and are endeavoring to draft the release agreements. The settlement leaves O'Donnell, Naccarratto & MacIntosh, Inc. ("ONM") as the sole defendant. Plaintiffs previously settled with Lighthouse Construction, Inc.

The purpose of this letter is to request, on behalf of the settling parties, the Court's indulgence in extending the deadline for filing dispositive motions. The scheduling orders require that Case Dispositive Motions be filed on or before December 16, 2005. The settling parties are requesting that the date be extended for two weeks (through 12/30/05)to allow for the finalization of the agreements reached yesterday. This request does not include extending the deadline on behalf of ONM. That date, under this request, would remain December 16, 2005.

*Allentown, PA • Cherry Hill, NJ • New York, NY • Paoli, PA
Paramus, NJ • Philadelphia, PA • Pittsburgh, PA • Wilmington, DE*

DOCS_PH 1829668v.1

The Honorable Joseph J. Farnan, Jr.
December 9, 2005
Page 2

       The settling parties would also request that the Court hold all pending motions in abeyance to allow for the finalization of the settlement agreements. Thank you.

                                Very truly yours,

                                WHITE AND WILLIAMS LLP

                    By: _____
                             Ron L. Pingitore, Esquire

RLP:teb
cc:   The Honorable Mary Pat Thynge (via e-mail)
      All Counsel via Fax

DOCS_PH 1829668v.1