IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| FEDERAL INSURANCE COMPANY<br>a/s/o EZIBA.COM, INC./AVACET,<br>INC., EZIBA SECURITIES CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: **CONSOLIDATED**<br>: Civil Action No. 04-339-JJF/<br>:                         04-1322-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| MILLERS CAPITAL INSURANCE<br>COMPANY a/s/o DEL-HOMES<br>CATALOG GROUP, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br>BECKER MORGAN GROUP, INC.,<br>and O'DONNELL, NACCARATO &<br>MACINTOSH, INC.,<br><br>    Defendants.<br><br>   and<br><br>LIGHTHOUSE CONSTRUCTION, INC.,<br><br>    Defendant and<br>    Third-Party<br>    Plaintiff,<br><br>    v.<br><br>EAST COAST ERECTORS, INC.,<br><br>    Third-Party<br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

```
FACTORY MUTUAL INSURANCE         :
COMPANY, aka FM GLOBAL, aka      :
CATALOG RESOURCES, INC., d/b/a:
CLIENT LOGIC, a subsidiary of    :
CLIENT LOGIC OPERATING CORP.,    :
HARTFORD, a/k/a VIVRE INC.,      :
                                 :
        Plaintiffs,              :
                                 :
             v.                  :  Civil Action No. 05-96-JJF
                                 :
EAST COAST ERECTORS, INC.,       :
LIGHTHOUSE CONSTRUCTION, INC.,   :
BECKER MORGAN GROUP, INC.        :
O'DONNELL NACCARATO &            :
MACINTOSH, INC.                  :
                                 :
        Defendants.              :
```

## O R D E R

WHEREAS, the Court has received a letter (D.I. 174) from Plaintiffs' counsel indicating that Plaintiffs have reached a settlement in principle with each Defendant, except O'Donnell, Naccarato & MacIntosh, Inc. ("ONM") and requesting the Court to extend the deadline for filing Case Dispositive Motions from December 16, 2005 until December 30, 2005, for all parties, except ONM, to allow for the finalization of settlement agreements;

NOW THEREFORE, IT IS HEREBY ORDERED that the Case Dispositive Motions deadline is extended until December 30, 2005, for all parties, except O'Donnell, Naccarato & MacIntosh, Inc.

12/20/05
Date

_____
UNITED STATES DISTRICT JUDGE