**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FACTORY MUTUAL INSURANCE | : | Civil Action No. 05-96 JJF |
| COMPANY, a/k/a FM GLOBAL | : | |
| a/s/o Catalog Resources, Inc. d/b/a ClientLogic | : | |
| a subsidiary of ClientLogic Operation Corporation | : | JURY OF TWELVE DEMANDED |
| and THE HARTFORD a/s/o Vivre, Inc. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| EAST COAST ERECTORS, INC., | : | |
| LIGHTHOUSE CONSTRUCTION, INC., | : | |
| BECKER MORGAN GROUP, INC., | : | |
| and O'DONNELL, NACCARATO & | : | |
| MACINTOSH, INC. | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by the parties hereto, through their undersigned counsel, that all of plaintiffs' claims in the above actions against East Coast Erectors, Inc., Lighthouse Construction, Inc. and Becker Morgan Group, Inc. are hereby dismissed with prejudice. Plaintiffs' claims against O'Donnell, Naccarato & MacIntosh, Inc. are not dismissed.

It is further stipulated and agreed that East Coast Erectors, Inc., Lighthouse Construction, Inc. and Becker Morgan Group, Inc. hereby dismiss their cross claims against each other and against O'Donnell, Naccarato & MacIntosh, Inc. with prejudice.

/s/ Bruce W. McCullough
Bruce W. McCullough, Esquire
Counsel for Factory Mutual Insurance Company
and The Hartford

/s/ Natalie M. Ippolito                    /s/ Victoria Petrone
Natalie M. Ippolito, Esquire          Victoria Petrone, Esquire
Counsel for East Coast Erectors, Inc.   Counsel for Becker Morgan Group, Inc.

      /s/ David L. Baumberger
David L. Baumberger, Esquire
Counsel for Lighthouse Construction, Inc.


So Ordered:


                                 JOSEPH J. FARNAN, JR.
                                 UNITED STATES DISTRICT JUDGE


Date:_____