## BAILEY & ASSOCIATES, P.A.

ATTORNEYS AT LAW
THREE MILL ROAD, SUITE 306A
WILMINGTON, DELAWARE 19806
www.jfbailey.com

JAMES F. BAILEY, JR.

(302) 658-5686
TELEFAX: (302) 658-8051
E-Mail: jbailey@jfbailey.com

February 6, 2006

*Via Electronic Filing*
The Honorable Joseph J. Farnan, Jr.
United States District Court
Lock Box 27
844 N. King Street
Wilmington, DE 19801

RE: Federal Insurance Co., et al. v. Lighthouse Constr. Inc., et al.
C.A. No.: 04-339 JJF
C.A. No.: 04-1322 JJF
C.A. No.: 05-096 JJF
Our File No.: 6419

Dear Judge Farnan:

I represent ONM in the above noted matters. A pretrial conference is set for February 7, 2006 at 12:30 p.m. As you may know, the other parties have formally settled and my client has an informal settlement, which we expect to reduce to writing in the next few days.

Accordingly, I request that the conference be canceled pending completion of the settlement.

Respectfully submitted,

BAILEY & ASSOCIATES, P.A.

JAMES F. BAILEY, JR.

JFB/jlt
cc:   Clerk of the Court (via U.S. Mail)

\\Bailey-svr\DATA\Travers\Federal Ins\Correspondence\Ltr to Judge Farnan 02-06-06.doc