IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, et al., | : |
| Plaintiff, | : |
| v. | : CONSOLIDATED<br>: Civil Action No. 04-339-JJF/<br>:                04-1322-JJF |
| LIGHTHOUSE CONSTRUCTION, INC., et al., | : |
| Defendants. | : |
| MILLERS CAPITAL INSURANCE COMPANY a/s/o DEL-HOMES CATALOG GROUP, LLC, | : |
| Plaintiff, | : |
| v. | : |
| LIGHTHOUSE CONSTRUCTION, INC., et al., | : |
| Defendants. | : |
| and | : |
| LIGHTHOUSE CONSTRUCTION, INC., | : |
| Defendant and Third-Party Plaintiff, | : |
| v. | : |
| EAST COAST ERECTORS, INC., | : |
| Third-Party Defendant. | : |

```
FACTORY MUTUAL INSURANCE    :
COMPANY, et al.,            :
                            :
        Plaintiffs,         :
                            :
        v.                  :  Civil Action No. 05-96-JJF
                            :
EAST COAST ERECTORS, INC.,  :
et al.,                     :
                            :
        Defendants.         :
```

## O R D E R

WHEREAS, the Court has received a letter dated February 6, 2006, (D.I. 177 in C.A. 04-339; D.I. 42 in C.A. No. 05-96) from counsel representing O'Donnell Naccarato & Macintosh, Inc. ("ONM") indicating that ONM and Plaintiffs have reached an informal settlement which will be reduced to writing shortly;

WHEREAS, the other parties to this action have already formally settled this matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is **STAYED** and **ADMINISTRATIVELY CLOSED**.

2. The parties shall file a formal Stipulation of Dismissal which may include the terms of the settlement **within sixty (60) days of the date of this Order**.

3. The Court will retain jurisdiction for the said sixty (60) days and will reopen the matter upon the application of any party.

_3/8/06_
Date

_[signature]_
UNITED STATES DISTRICT JUDGE