H:\FILES\SUBRO\Factory Mutual\Stip of Dismissal.wpd

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FACTORY MUTUAL INSURANCE COMPANY a/k/a** : <br> **FM GLOBAL a/s/o CATALOG RESOURCES, INC.** : <br> **d/b/a CLIENTLOGIC A SUBSIDIARY OF** : <br> **CLIENTLOGIC OPERATIONS CORPORATION** : <br> **AND THE HARTFORD a/s/o VIVRE, INC.,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **EAST COAST ERECTORS** : <br> and : <br> **LIGHTHOUSE CONSTRUCTION, INC.** : <br> and : <br> **BECKER MORGAN GROUP, INC.** : <br> and : <br> **O'DONNELL, NACCARATO & MACINTOSH, INC.,** : <br> : <br> **Defendants.** : | **NO.: 05-96 JJF** |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that all remaining claims and cross-claims in this action hereby are dismissed with prejudice.

| | |
|---|---|
| **McCULLOUGH & McKENTY, P.A.** | **BAILEY & ASSOCIATES, P.A.** |
| /s/ Bruce W. McCullough | /s/ James F. Bailey, Jr. |
| Bruce W. McCullough (Del. ID 3112) | James F. Bailey, Jr. (Del. ID 336) |
| 1225 N. King Street, Suite 1100 | Three Mill Road, Suite 306A |
| P.O. Box 397 | Wilmington, DE 19806 |
| Wilmington, DE 19899-0397 | 302-658-5686 |
| 302-655-6749 | jbailey@jfbailey.com |
| bmccullough@mccmck.com | Attorney for Defendant O'Donnell |
| Counsel for Plaintiffs | Naccarato & MacIntosh |

Dated: May 8, 2006

So Ordered:

_____
JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

Date: _____